UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 4:06-CR-6 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| SANTOS SOLIS, JR. | ) | |
| | ) | |

### **ORDER**

Defendant Santos Solis, Jr. ("Defendant") filed a motion to suppress statements made to federal agents on October 10, 2004 (Court File No. 104) and a motion to suppress statements obtained pursuant to a telephonic wiretap (Court File No. 105) which were referred to United States Magistrate Judge William B. Mitchell Carter to conduct an evidentiary hearing if necessary and make a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). On June 20, 2006, the magistrate judge filed a report and recommendation that Defendant's motions be denied (Court File No. 147). Neither party filed objections within the given ten days.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 147) pursuant to 28 U.S.C. § 636(b)(1)(C) and Defendant's motions to suppress (Court File Nos. 104, 105) are hereby **DENIED.**

**SO ORDERED.**

**ENTER:**

                                          **/s/**_____
                                          **CURTIS L. COLLIER**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**